BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
NATHAN J. LICHVARCIK
Assistant United States Attorney
Nathan.J.Lichvarcik@usdoj.gov
405 East 8th Ave., Ste. 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Facsimile:  (541) 465-6917
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 6:16-cr-00456-MC** |
| **v.** | **UNITED STATES' SENTENCING MEMORANDUM** |
| **EDWIN ENOC LARA,** | **Arraignment, Change of Plea and Sentencing date: April 25, 2019 at 9:00 a.m.** |
| **Defendant.** | |

## I.  INTRODUCTION

Defendant Edwin Enoc Lara is now serving a life sentence received from the State of

Oregon for the murder of 23-year old Bend resident Kaylee Sawyer.  He will appear before this

Court for sentencing on the related crimes that involve the aftermath of Ms. Sawyer's murder.  In

an effort to evade capture, Lara carjacked Adult Victim 1 ("AV1"), and forced her to accompany

him to California where, in front of AV1, he shot and nearly killed a man in a motel room, then

carjacked a family at gunpoint.  Lara terrorized AV1 for nearly ten hours:  he stalked her,

UNITED STATES' SENTENCING MEMORANDUM                    PAGE 1

handcuffed her, forced her to witness the shooting of the man in California, and placed her in fear that she would be sexually assaulted, killed or both.  In the words of Lara:

> She feared that I was gonna kill her, especially after I shot that older guy at the motel . . . and I told her I have six bullets in my gun, if you do something stupid that first bullet is for you.

Sealed Govt. Sent. Ex. 1 at time stamp 1 hour 1 minute (video of Lara's July 26, 2016 interview); Sealed Govt. Sent. Ex. 2 at p. 20 (corresponding transcript).

> In the words of AV1:

> I knew if he killed that girl, if he killed this innocent man and was willing to kill these three people, like what was gonna stop him from killing me[.]

Sealed Govt. Sent. Ex. 3 at time stamp 45 minutes 22 seconds (video of AV1's July 26, 2016 interview with law enforcement); Sealed Govt. Sent. Ex. 4 at p. 16 (corresponding transcript).

Although Lara has already received a state life sentence for killing Ms. Sawyer, the crimes he committed against AV1 and the crimes he forced her to witness are so serious and intertwined with Lara's propensity for violence that they too merit a concurrent federal life sentence.  Through his conduct and words, Lara revealed that he is a dangerous individual who needs to remain in custody for the rest of his life to protect the public.  In his own words:

> So I think all throughout my life I have struggled with somehow the urge to kill but what has helped me not develop that in a sense is when I married my wife . . . But I believe that I have struggled with it, you know and one time I actually thought about killing this man but I didn't do it because something actually held me back.

Sealed Govt. Sent. Ex. 1 at time stamp 3 hours 22 minutes; Sealed Govt. Sent. Ex. 2 at p. 79.

When asked where the evil came from, Lara said:  "I don't know, I guess I had it in me all this time."  Sealed Govt. Sent. Ex. 1 at time stamp 3 hours 19 minutes; Sealed Govt. Sent. Ex. 2 at p. 78.

UNITED STATES' SENTENCING MEMORANDUM                              PAGE 2

Moreover, a concurrent federal sentence will address the distinct harm inflicted on AV1 that is not reflected in the state sentence, and not captured fully by the sentencing guidelines. For the reasons that follow, this Court should impose a concurrent life sentence on Lara for carjacking and kidnapping AV1.

## II.    FACTUAL BACKGROUND

Between July 24 and July 26 of 2016, Lara, who worked as a campus security officer at Central Oregon Community College, went on a violent crime spree that left multiple victims and their families in its wake:

- First, he brutally murdered 23-year old Bend resident Kaylee Sawyer.

- Second, he fled to Salem, Oregon where he hunted for a victim, and found then 19-year old AV1, whom he kidnapped and carjacked at gun point (this incident is the charged conduct in the federal indictment), and kept her handcuffed in a hotel room while he took off his shirt, got under the covers next to her, asked about her virginity and sucked on her earlobe.

- Third, after fleeing to California with AV1 in tow, he unsuccessfully attempted to carjack a 73-year old man in Yreka, California. When that man did not comply, Lara shot him at point blank range in the abdomen, thinking he had killed him. The man fortunately survived.

- Fourth, with AV1 still kidnapped and Lara still wanting another car, he carjacked and kidnapped a family at gunpoint at a gas station and repeatedly threatened to shoot them.

Lara's violent crime spree, as it unfolded chronologically, is detailed below.

**A.  July 24, 2016 – Kaylee Sawyer is reported missing.**

On Saturday night, July 23, 2016, 23-year old Bend-resident Kaylee Sawyer ("Sawyer") went to downtown Bend for her friend's bachelorette party. Just after midnight, she and her friends called Sawyer's boyfriend to pick her up at a downtown restaurant. While driving back

to their shared apartment, the two got in an argument, which continued after her boyfriend parked the car at their apartment complex, went into the apartment and left Sawyer in the vehicle.  PSR at ¶17.

After approximately ten minutes, Sawyer's boyfriend went back to his car to check on Sawyer but she was gone.  The two then exchanged several short phone calls and text messages wherein he tried to convince Sawyer to come back to the apartment – but Sawyer refused and would not tell him know where she was.  Their conversation ended with Sawyer saying "Goodbye," after which she hung up and turned off her phone.  *Id.*

Sawyer did not show up for work in Bend as a dental assistant with the Awbrey Dental Group.  Her mother reported her missing to the police on Sunday evening, July 24, 2016.  Here are photographs of Kaylee Sawyer in life:





**B. July 25, 2016 – Lara's wife reported to the police that her husband confessed to killing a woman in Bend and some of Sawyer's belongings were found in a shed at Lara's property.**

At approximately noon on Monday, July 25, 2016, Lara's wife, who was a new Bend Police Officer, went to the Redmond Police Department to report that her husband had been acting strangely and confessed that morning to killing a woman. PSR at ¶¶18-19.

His wife explained that Lara worked as a security guard at Central Oregon Community College and drove a security patrol vehicle during work. *See* Sealed Govt. Sent. Ex. 5 (police report re: interview with Lara's wife). She recalled texting with Lara at around 11:30 p.m. on July 23, 2016, after which she went to bed. His wife did not know what time Lara got home that night, but when she woke up at 7:30-8 a.m. on Sunday, July 24, Lara was in bed next to her. That morning, they went to church together and Lara was acting very strange – quiet and withdrawn. She did not push the issue with Lara because she was stressed about her work and their marriage was having difficulties. Lara was acting more normal that night when they went to a movie together. *Id.*

The next morning, July 25, 2016, Lara came out of the bedroom with tears in his eyes and said he killed a woman. Lara claimed he had struck a woman with his vehicle, panicked, and discarded the body so it would not be found. Lara said there was no damage to his car. His wife confronted Lara about that story not making sense if it truly was an accident, but Lara was already walking back to the bedroom. Lara stated he needed to leave now, and that he had kept some of the woman's belongings in a shed in the backyard of their Redmond, Oregon home. Lara then grabbed his wife's 9mm handgun and left the house, driving away in his Nissan Altima. *Id.*

UNITED STATES' SENTENCING MEMORANDUM                                     PAGE 5

Lara drove to his parents' nearby Redmond home and left the Altima near there and took his parents' Subaru Legacy station wagon. The Nissan Altima was found later that day, abandoned near Lara's parents' Redmond home. A state search warrant executed on the vehicle revealed a large amount of dried blood in the trunk and on the rear bumper, and hair on the rear bumper. PSR at ¶21-22.

A state search warrant executed at Lara's home revealed, among other things, the following items in the outdoor shed: (1) several of Kaylee Sawyer's belongings, including her passport, credit card, and purse; *see* Sealed Govt. Sent. Ex. 6 (photo of purse) (2) a large rock covered in blood and clumps of hair; *see* Sealed Govt. Sent. Ex. 7 (photo of rock) (3) a black trash bag containing dried blood and clumps of hair; *see* Sealed Govt. Sent. Ex. 8 (photo of trash bag) and (4) a class project Lara did about serial killer Angel Resendez Ramirez. Below are two photos from that project, wherein Lara wrote that Ramirez "always killed with a blunt force trauma; he used weapons of opportunity that were found at the scene."



UNITED STATES' SENTENCING MEMORANDUM



Govt. Sent. Exs. 9 and 10.

Law enforcement would learn that Lara had murdered Kaylee Sawyer with a rock found at the scene and she died from blunt force trauma.

**C.  Lara carjacked and kidnapped AV1 in Salem, Oregon and forced her to stay at a hotel in Cottage Grove for several hours before driving to California.**

1.  <u>Salem</u>

After abandoning the Altima, on July 25, 2016, Lara drove his parents' Subaru to a mall in Salem, Oregon.  PSR at 22.  Lara wanted to drive to California but knew that law enforcement would be looking for him in his parents' Subaru.  So while in Salem, Lara decided to carjack and kidnap someone.

UNITED STATES' SENTENCING MEMORANDUM                            PAGE 7

He decided on a female victim to carjack because a female would be weaker than a male and he knew that a man would resist and Lara would have to shoot him.  *See* Sealed Govt. Sent. Ex. 2 at p. 10.  Over several hours, Lara looked for a victim and finally settled on AV1.  *Id.*  As AV1 was sitting in the Ross parking lot in her Gold Volvo, she was uploading a picture of herself online as Lara entered the passenger side door with his gun pointed at her and yelled at her to drive.  Sealed Govt. Sent. Ex. 12 (transcript of August 1, 2016 interview of AV1) at p. 2.

AV1 said her car was not in great condition and leaked a lot of oil.  *Id.*  They drove around Salem trying to get gas and oil at several places but were unable to because Lara only had cash and would not let AV1 out of the car alone to pay for gas.  *Id.* at p. 3.  They stopped at a McDonalds and "when we got to the window, he told me not to make a face or not to make eyes at the lady that was in there 'cause he said, he said he would just shoot me and would shoot her and he didn't care."  Sealed Govt. Sent. Ex. 11 (video of August 1, 2016 interview of AV1) at time stamp 7 minutes 58 seconds; Sealed Govt. Sent. Ex. 12 at p. 3.  While AV1 drove, Lara perused through AV1's cell phone and asked about her personal life and boyfriend.  Sealed Govt. Sent. Ex. 12 at p. 3.  Lara told AV1 he was a police officer, showed her pictures of him in uniform and showed her news reports about Kaylee Sawyer and said that was what he had done.  *See id.* at p. 10.  They then traveled south where Lara decided they would stop at a hotel in Cottage Grove called the Relax Inn.  PSR at ¶23.

Law enforcement, later in the investigation:

(1) Found Lara's abandoned Subaru in the Salem Ross parking lot.  Inside was a syringe, a handwritten apology letter from Lara to Sawyer's family, and an empty tablet pack of Midnite sleeping pills.  PSR at ¶22.

UNITED STATES' SENTENCING MEMORANDUM

(2) Put together the following July 25, 2016 chronology:

- 3:25 p.m. – Lara purchased Midnite sleeping pills and bottled water at a Target in Salem, Oregon.  Here is a receipt and still shot from the video surveillance of Lara as he left the store with his purchases:



Govt. Sent. Exs. 3 and 14.

- approximately 8:50 p.m. – AV1 got off work in Salem;

- 9:06 p.m. – AV1 posted a photo of herself online and Lara entered her car shortly after;

- 9:33 p.m. – Lara and AV1 stopped at a McDonalds in Salem.

    2.  <u>Relax Inn in Cottage Grove</u>

At 11:39 p.m., Lara and AV1 arrived at the Relax Inn in Cottage Grove, Oregon.  *See* Sealed Govt. Sent. Ex. 15 (still shot from the Relax Inn surveillance video of Lara and AV1 standing outside).  Lara gave a fake name, listed the Gold Volvo on the receipt as their vehicle, and paid $68.00.  According to the hotel manager who checked them in, the woman Lara was with did not say anything and looked away when the manager made eye contact with her.  *See* Sealed Govt. Sent. Ex. 16 at p. 3.

UNITED STATES' SENTENCING MEMORANDUM                                    PAGE 9

AV1 explained to law enforcement that once at the hotel room, Lara played with his handgun by removing the bullets from the magazine and reinserting them. PSR at ¶24. Then, Lara handcuffed AV1 to the bathroom door, covered her head with a shirt and took a shower. *Id.* When Lara was done showering, AV1 started to cry:

> And then he told me that it was my turn to take a shower. And, um, I remember I just started crying a lot, and I kept telling him that I didn't want to take one. And he started getting really mad, and he told me that if I didn't want to take a shower, that he would take my clothes off of me and do it himself.

Sealed Govt. Sent. Ex. 11 at time stamp 16 minutes 53 seconds; Sealed Govt. Sent. Ex. 12 at p. 4.

Lara then tried to remove the handcuffs but was unable to, so he took the door knob off the door. PSR at ¶24. Lara tried to handcuff AV1 to the bedpost but when he pulled on it the whole headboard came off the wall. Sealed Govt. Sent. Ex. 12 at p. 4. Lara handcuffed AV1's hands behind her back, pulled out a box of pills and:

> [A]sked if I wanted it orally or injected, and I asked what are you talking about, and he said, um, to put you to sleep . . . he gave me one first and he put it in my mouth, and I just swallowed really fast . . . then he gave me the other one and I swallowed that, and he grabbed his flashlight and started looking inside my mouth to make sure I swallowed it. Like he was sort of like pulling my lips apart and looking all inside my mouth to make sure I had swallowed it, and then he, um, pulled the covers off the bed and he had me sleep there . . . and then he went all the way around the other side of the bed and I said I didn't understand why he got two beds if he was gonna make me lay next to him.

Sealed Govt. Sent. Ex. 4 at p. 5.

When AV1 complained that the handcuffs were too tight, Lara took them off AV1, took off his belt and put the belt around AV1's waist, and repositioned the handcuffs on AV1, connecting them to the belt. PSR at ¶25. Lara took his shirt off and crawled into the same bed under the covers next to AV1. *See* Sealed Govt. Sent. Ex. 12 at p. 5. Their bodies were touching

UNITED STATES' SENTENCING MEMORANDUM

Revised March 2018

and AV1 tried to scoot away. *Id.* Lara began asking about AV1's sexual history, whether she was a virgin, and then sucked on her earlobe. *Id.* AV1 was crying profusely. At one point, AV1 started getting "really sleepy, but I kept tryin' to fight to, like, keep myself awake." *Id.*

AV1 made up a story that she had contracted an STD from her boyfriend, hoping this would deter Lara from sexually assaulting her. *Id.* Lara asked AV1 a number of questions about her STD and eventually said he was not going to do anything to her and that he had just wanted to kiss her. *Id.* They talked about the STD for a while and at some point, Lara received a phone call and AV1 heard something about a SWAT team going to someone's house. Lara then started getting his things together, including his gun and the Volvo's car keys, and told AV1 they had to leave because law enforcement was after him. *Id.* at pp. 5-6. Video surveillance showed Lara and AV1 left the Relax Inn in the Gold Volvo at 1:26 a.m:



Govt. Sent. Ex. 17.

When a hotel worker checked their room the next morning, he noted: (1) the bedspread on just one of the beds was pulled back, (2) the handle to the bathroom door had been removed and was sitting on the counter, and (3) the headboard to the bed had been knocked off the wall. *See* Sealed Govt. Sent. Ex. 16.

UNITED STATES' SENTENCING MEMORANDUM                                    PAGE 11

### D. Lara drove to California with AV1, tried to carjack a man and shot him.

Lara forced AV1 to go with him to California. During the drive, they found a portable toilet near the road and Lara let AV1 use it, but pointed the gun at her and told her not to do "anything stupid or else he would shoot me." Sealed Govt. Sent. Ex. 12 at p. 6. Lara kept saying that they needed to find another car. *Id.* They stopped at two rest areas looking for a car to take. At one of the rest areas, Lara saw an elderly couple near their car – but Lara decided not to take their car because a man would typically fight back. *Id*.

Finally, around 5 a.m. on July 26, 2016, they stopped at a Super 8 motel in Yreka, California and saw a 73-year old man near his car. PSR at ¶26. AV1 pleaded with Lara to let her go, but he would not, stating he needed her to keep him safe if he was ever caught. Sealed Govt. Sent. Ex. 12 at p. 7. Lara parked the Gold Volvo at the Super 8, grabbed AV1 by the hand, and walked toward the man. With his gun visible, Lara told the man they needed his car, but the man did not comply and Lara shot him in the abdomen. PSR at ¶26. As Lara explained in his interview, he "wasn't complying with me and he started going 'help, help' so then I just pulled the trigger." Sealed Govt. Sent. Ex. 1 at time stamp 4 hours; Sealed Govt. Sent. Ex. 2 at p. 95. This victim survived the gunshot wound, but Lara and AV1 left the Super 8 motel believing Lara had killed him. *See* Sealed Govt. Ex. 18 (a still shot from video surveillance of Lara and AV1 at the Super 8 motel right before Lara shot this man); Sealed Govt. Sent Ex. 19 (a still shot from video surveillance of Lara and AV1 running after Lara shot the man).

### E. Lara kidnapped and carjacked a family at gunpoint.

AV1 again pleaded for Lara to let her go, but Lara grabbed AV1's hand and they fled on foot to a nearby gas station where Lara found his next victims – two young men and their 76-

year old grandmother, who were waiting in their car at the gas station.  PSR at ¶28; Sealed Govt.

Sent. Ex. 12 at p. 7.  Lara forced AV1, who was crying, into this family's car, threatened AV1

and the occupants that he would shoot them, and ordered one of them to start driving.  *Id.*

During this drive down the California highway, Lara announced that he wanted to tell them all

his story.  *See* Sealed Govt. Sent. Ex. 20 at p. 3 (Yreka police report).  One of the California

victims pleaded for Lara not to tell them anything – but Lara went on to explain how he had the

"urge to kill," had killed a girl in Bend and had just shot and killed a man in Yreka.  *Id.* at pp. 3,

5.  Lara further explained that he was a "cop."  *Id.* at p. 3.  The grandmother at one point began

yelling and Lara became angry, telling the men to make her be quiet or he would shoot her.  *Id.*

at p. 5.  As AV1 explained, Lara "kept telling them if they didn't shut her up, that he would shoot

her too, that how he just shot another man because the guy didn't listen, and then he started

getting really mad and started like flailing his hands on like the glove or the console that was in

the middle . . . slamming his hands saying like that's what he gets because he doesn't listen."

Sealed Govt. Sent. Ex. 23 at p. 7.  Lara eventually dropped the three California victims on the

side of the road, threatened to kill all three, and continued driving southbound keeping AV1 with

him.  PSR at ¶29.

### F.  Lara made a recorded confession on AV1's phone and confessed in a 911 call before he was arrested in Red Bluff, California.

While Lara sped down the highway, he spoke to several people on the phone, telling at

least one person what he had done.  PSR at ¶31.  Lara then told AV1 to open the camera on her

phone and recorded a video of himself and AV1.  *Id.*  He then gave the phone back to AV1 and

told her to post it on her Facebook page and caption it "Murderer on the loose and kidnapped."

UNITED STATES' SENTENCING MEMORANDUM                                    PAGE 13

*Id.* In this short video, Lara talked about his crimes, apologized, and asked the police not to shoot them. *See* Sealed Govt. Sent. Ex. 21 (video Lara took of himself and AV1). Here is a still shot from that video Lara took while driving:



Govt. Sent. Ex. 22. AV1 was able to adjust the settings on her phone to ensure the video would not be widely disseminated like Lara wanted it to be. Sealed Govt. Sent. Ex. 12 at p. 8.

At around 6:40 a.m. on July 26, 2016, while driving down the highway near Redding, California at over 100 mph in the stolen Honda Accord, with AV1 in the passenger seat, Lara called 911 and in a recorded statement to the 911 dispatcher, stated who he was, that he was wanted for murder, and explained that he had a gun and was wearing a bullet proof vest. *See* Sealed Govt. Sent. Ex. 23 (audio of 911 call).

During the call, California law enforcement caught up with Lara, pulled him over and took him into custody. He was wearing body armor and had a firearm and handcuffs. PSR at ¶36. California law enforcement also took AV1 into custody as they were unsure at the time whether AV1 was a co-conspirator or victim. California notified Oregon law enforcement and

UNITED STATES' SENTENCING MEMORANDUM        PAGE 14

Revised March 2018

that afternoon, July 26, 2016, Redmond police detectives flew immediately to California to interview Lara and AV1.  Once detectives learned AV1 was a victim, they released her.

### G.  Lara's In-Custody Interview

In a multiple hour, video-taped interview, Lara confessed in detail about, among other things, murdering Kaylee Sawyer, kidnapping/carjacking AV1, shooting the man in California and carjacking the family at the gas station.  *See* Govt. Sent. Exs. 1 and 2; PSR at ¶¶37-38.[1]

After the confession, law enforcement discovered Kaylee Sawyer's body on the side of the road in the area of 18700 West Highway 126, as described in the PSR at ¶41.  *See* Sealed Govt. Ex. 24.  The autopsy revealed that the cause of death was blunt force trauma, with evidence of strangulation, multiple skull fractures and other signs of injury prior to her death.  PSR at ¶42.

\ \ \

\ \ \

\ \ \

---

[1] After weeks of hearings in the Deschutes County state case, Judge A. Michael Adler suppressed the confession for a violation of *Miranda*.  *See* Sealed Govt. Sent. Ex. 25.  The government has provided the Court with the confession because it is clear that "no limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence."  18 U.S.C. § 3661.  This includes evidence that has been suppressed.  *See generally United States v. Kim*, 25 F.3d 1426 (9th Cir. 1994).  This is not a case where the confession was sought for the sole purpose of enhancing the sentence, *see* Kim, 25 F.3d at 1432-35, or in which it was compelled in violation of the Fifth Amendment or otherwise coerced or involuntary, *see United States v. Bahr*, 730 F.3d 963 (9th Cir. 2013), and as such, there is no basis for preventing this Court from considering Lara's statements for sentencing.  In fact, a review of the state court ruling reveals that defendant was relaxed and calm during the confession, as were the detectives.  The state court went to great lengths to make clear the interviewing detectives had not committed misconduct.  His confession, while taken in violation of *Miranda*, was voluntary.  It is difficult to see how a confession that would be admissible on cross examination if the defendant testified, *see United States v. Gomez*, 725 F.3d 1121, 1126 (9th Cir. 2013), should be excluded from this Court's consideration at sentencing particularly given Congress' clear direction that a court must consider all evidence.  In sum, this Court may consider Lara's voluntary recorded confession, despite the *Miranda* violation found by the state court.  *See United States v. Hernandez-Villanueva*, 473 F.3d 118 (4th Cir. 2007).  Of course, given that many of the statements in the confession, such as his expressed urge to kill, were also made to the victims, the Court need not base its sentencing decision on the confession.

UNITED STATES' SENTENCING MEMORANDUM                    PAGE 15

### III.  PROCEDURAL BACKGROUND

Three jurisdictions charged Lara for his crime spree:  (1) the Deschutes County District Attorney's office charged him with multiple counts of aggravated murder for the death of Kaylee Sawyer; (2) the U.S. Attorney's office charged him with carjacking, kidnapping and brandishing a firearm in furtherance of those crimes for his conduct with AV1; and (3) the Siskiyou County District Attorney's office in California charged him with attempted murder, assault, carjacking, kidnapping, criminal threats, and elder adult abuse in Siskiyou County Case No. SCCR-CRF-2016-991-1 for his crimes against the victims in California.

On January 8, 2018, Lara accepted a settlement offer from the Deschutes County District Attorney's office.  As set forth in that settlement, Lara would plead guilty to Aggravated Murder and:

> The U.S. Attorney's Office and the Siskiyou County District Attorney have agreed to a concurrent time resolution if there is a negotiated settlement of the case if the defendant receives a sentence of life without the possibility of release or parole.  The defendant would plead guilty to the charges they select and the time would be concurrent to the Deschutes County sentence.  The defendant would serve his time at the Oregon Department of Corrections.

Govt. Sent. Ex. 26 at p. 2.

On January 21, 2018, Lara pled guilty in Deschutes County Circuit Court Case No. 18-CR-04824 to Aggravated Murder in furtherance of Robbery 1 and was sentenced to life in prison without the possibility of parole.

At the April 25, 2019 federal court hearing, it is anticipated that Lara will plead guilty to Counts 1 (carjacking) and 3 (kidnapping) of the Indictment.  If Lara were to plead guilty to Counts 2 and 4, which charge violations of 18 U.S.C. § 924(c), the Court would be required to impose those sentences consecutively to the other federal charges and the Deschutes County

UNITED STATES' SENTENCING MEMORANDUM                                    PAGE 16

sentence – which would run counter to the language of the Deschutes County settlement offer, which contemplated that Lara's federal sentence would run concurrently to the state life sentence. Accordingly, should Lara plead guilty as anticipated, the United States will move to dismiss Counts 2 and 4 to abide by the terms of the Deschutes County settlement language.

## IV.  ADVISORY GUIDELINE RANGE

As correctly set forth in the revised PSR, Lara's total offense level is 35. PSR at ¶58. This derives from a base offense level of 32 under USSG § 2A4.1(a) for Counts 1 and 3, as they are grouped pursuant to USSG § 3D1.2(a). A two-level enhancement applies under USSG § 2A4.1(b)(3) because Lara used a dangerous weapon. A four-level increase applies for the use of body armor during the commission of the offense pursuant to USSG § 3B1.5(2)(B) and a three-level decrease applies for acceptance of responsibility. *Id.* at ¶¶49-58. Because Lara falls in Criminal History Category II, his correctly calculated advisory guideline range as to Counts 1 and 3 is 188 to 235 months.

The U.S. Probation Officer is recommending an upward variance to 240 months on Count 3, concurrent to a 180-month sentence on Count 1.

## V.  DISCUSSION

Although upward variances are appropriately reserved for exceptional cases, Lara's case is exceptional. His crimes are violent and his own words prove that he is a continuing threat to the public. A life sentence accounts for the harm inflicted on AV1, and it recognizes that Lara continued to traumatize her as he committed other violent crimes while she was kidnapped. AV1 experienced prolonged terror, and what she endured deserves a sentence that will eliminate any

possibility that she will ever have to encounter Lara again.  To achieve this sentence requires a

six-level upward variance, which is readily justified on this record under the 18 U.S.C

§ 3553(a) factors—with an emphasis on the nature and circumstances of the offense, history and

characteristics of the defendant and the need to protect the public from further crimes.

### A. Lara suffers from the urge to kill, acted on that urge and told multiple victims about that urge.

If Lara is ever released from prison, the risk is too great that he will do exactly what he

showed he is capable of – acting without hesitation to fulfill his urge to kill.  It's an urge he

voiced in a video-taped statement:  "So I think all throughout my life I have struggled with

somehow the urge to kill but what has helped me not develop that in a sense is when I married

my wife[.]"  Sealed Govt. Sent. Ex. 1 at time stamp 3 hours 22 minutes; Sealed Govt. Sent. Ex. 2

at p. 79.

It's an urge he not only told AV1 about; he also demonstrated to her how he might be

tempted to act on that urge with her:

> [H]e kept talking about [how] he had the urges to kill people, he said, um, he's like right now I have that urge just to walk out with my gun and just shoot everybody in this motel. And then he thought, I don't know what he was thinking and he's like do you think we should go back to pick up your boyfriend and then he put his fingers of a gun to my head and he went 'puh' to my head[.]

Sealed Govt. Sent. Ex. 4 at p. 20.

And despite one of the California victims pleading for Lara not to tell them anything

about what he had done, Lara still told them he had the "urge to kill," had killed a girl in Bend

and had just shot and killed a man in Yreka.  *See* Sealed Govt. Sent. Ex. 20.

The Court can, and should, consider this urge to kill and the fact that he acted on it as a

basis to upwardly vary under § 3553.

UNITED STATES' SENTENCING MEMORANDUM                                                  PAGE 18

**B.  After brutally murdering Kaylee Sawyer, Lara patiently hunted AV1 and placed her in fear of being sexually assaulted and murdered.  Then he kept her with him for nearly ten hours while he committed more violent acts.**

After murdering Kaylee Sawyer, rather than turn himself in or simply take a car, Lara

executed a plan by purchasing sleeping pills and patiently waiting for his next victim.  In his own

words:

> So I spent approximately 7 hours, maybe more, trying to look, trying to look for a, if you wanna call it a victim . . . I saw this woman and she got out of the car and I'm, ok, I'm gonna get her.  I wasn't trying to get a man because if I was gonna get a guy that means I was gonna have to either fight with him and I had a gun so he wasn't gonna win.  So I was gonna . . . you know, I was trying to get a woman so, a weaker sex, you know so she can do whatever I said.

Sealed Govt. Sent. Ex. 1 at time stamp 26 minutes 30 seconds; Sealed Govt. Sent. Ex. 2 at p. 10;

*see also* Sealed Govt. Sent. Ex. 12 at p. 12 (wherein AV1 explains how Lara told her he had

looked for hours for a victim).  His escape was stealthy, not panicked.  The fact that he waited

for just the right victim evinces a level of sophistication and cunning that makes him far more

dangerous than other violent offenders.

After kidnapping her, Lara told AV1 that she "looked like the type of girl

that, that has, that I'm too pretty, that I, I probably have a lot of boyfriends and stuff."  Sealed

Govt. Sent. Ex. 12 at p. 10.  These remarks, which sound almost flirtatious, would have placed

any reasonable woman in AV1's position in fear of sexual assault.  At one point, Lara told AV1

she had to pretend to be his girlfriend, and that if she "didn't make it look real, that he would

shoot me, and he would shoot them in there and, like, he didn't care 'cause he didn't have

anything else to lose anymore."  Sealed Govt. Sent. Ex. 12 at p. 4.

Once at the motel room, Lara demanded that AV1 take a shower, became angry when she

wouldn't, placed her on the bed handcuffed, took off his shirt, crawled into bed next to AV1

UNITED STATES' SENTENCING MEMORANDUM                                    PAGE 19
Revised March 2018

under the covers (despite that there was a second bed in the room), stuffed sleeping pills in her

mouth, asked about her virginity, and sucked on her earlobe.  As she explained:

> I was really scared, I, I was at the point when I was laying in the bed when I thought he
> was gonna . . . try to rape me . . . because I couldn't breathe and I was just crying so
> much and I remember he was trying to talk to me and I couldn't even respond because I
> was just so scared about what's gonna happen and what he was gonna try to do.

Sealed Govt. Sent. Ex. 12 at p. 13.

After leaving the hotel room, Lara forced AV1 to accompany him while he shot the man

in California.  As AV1 explained:

> I just [saw] this gunfire go off and it was like this bright firework in front of my face and
> all this smoke was everywhere and my right ear just was ringing so hard[.]  I just started
> crying 'cause it hurt so bad and it was loud and I, I didn't even see where the, the man got
> shot or where he fell 'cause Edwin just pulled me out of the room really fast[.]

Sealed Govt. Sent. Ex. 4 at p. 12.

Lara continued to traumatize AV1 by forcing her into the car he stole from the California

family, while pointing the gun and threatening to shoot everybody.  AV1 did not know if, or

when, it would ever end:

> I thought, like once we passed the police, I just, I felt like I was never going to be out of it
> because [ ] after that he told me we were going to go to Los Angeles . . . and I remember
> passing the police and I thought I'm gonna just end up I don't even know where.  For the
> whole time I never thought . . . it was going to end.

Sealed Govt. Sent. Ex. 12 at p. 14.

The fact that Lara continuously tormented AV1 over an extended period of time,

persistently threatened to shoot her and others, and all so soon after what he had just done to

Kaylee Sawyer, takes this case beyond the normal kidnapping case contemplated by the

sentencing guidelines.  Further, Lara's ability to patiently plan and stalk another human being

UNITED STATES' SENTENCING MEMORANDUM                                    PAGE 20

shows that, despite the various times he apologized, he was not buried in remorse and instead was willing to victimize others.

**C. Lara spoke to his victims about the things he had done to others, made a recording of himself while on the run, and became angry when AV1 hesitated to publicly post that recording on Facebook, that he wanted titled "Murderer on the Loose and Kidnapped."**

Lara acted in ways that show he wanted others to know what he had done. His efforts appear to display pride in his crimes. As AV1 explained, soon after he kidnapped her, Lara told her his name and said, "you can look me up, and that's when he got my phone, and . . . he looked up his case, the case that was happening the, on the K, KTV news or something." Sealed Govt. Sent. Ex. 12 at p. 10.

Similarly, the recording Lara made of himself with AV1's phone while driving down the California highway is disturbing.[2] Sealed Govt. Sent. Ex. 21. Even more disturbing is the title he selected, that he wanted it broadcast to a wide audience, and how he became angry at the idea it would not be broadcast. As AV1 explained:

> [A]nd then he started recording that video of himself and then he gave it back to me and told me to post that on my Facebook, and I told him I didn't wanna post it on my Facebook. I have like friends and family and pastors and teachers, and I just didn't want that to be on my Facebook . . . he told [me] that I could be next if I wasn't gonna listen to him, and he started getting really mad, and he told me that I had the profile on my Facebook, and he told me to caption it 'Murderer on the Loose and Kidnapped.'

Sealed Govt. Sent. Ex. 12 at p. 8. AV1 further explained, "he even checked to make sure I had posted it . . . and he goes, you're gonna post it right now or you're gonna be like the other guy." Sealed Govt. Sent. Ex. 4 at p. 7.

---

[2] Out of respect for AV1, the United States will not play this recording at the court hearing (or seek to play any other audio or video recordings).

Notably, Lara chose a title for the video that had social media shock value, was sure to grab people's attention, and in a way glorified his conduct. Deschutes County Circuit Court Judge Adler summarized it this way at Lara's state sentencing:

> [A]nyone who has listened to the evidence and, of course, anybody who has been in this courtroom has heard many of your statements, including your phone call to 911 while you were speeding down [the] highway –Interstate 5 with your kidnapping victim talking to the California Highway Patrol dispatch describing who you were and what you were doing. It –it's just incredibly cold-hearted. It is almost like you were proud of it is sort of the way it sounded to me, but it doesn't matter. I'm just telling you it was cold-hearted beyond belief, and it's as if you didn't care at all about what you had done, like you were some sort of a celebrity, identifying yourself 'I'm the guy that killed that woman in Bend, Oregon,' like you were proud of it.

Sealed Govt. Sent. Ex. 27 at pp. 70-71.

All told, Lara's apparent desire for others to know what he had done – and the fact that he forced AV1 to carry out his publication instructions – counters the narrative of a man who was sorrowful for his actions, and is also a ground to upwardly vary under § 3553(a).

### D. Lara operated from a position of apparent law enforcement power and authority, studied criminal justice and serial killers and then committed a murder chillingly like a serial killer he had studied.

Lara studied criminal justice, worked as a campus security officer, and in that role wore a uniform of authority. He drove a campus security vehicle, ostensibly to help people in trouble. He was also married to a Bend police officer. The fact that he used his security officer job to his advantage to murder Kaylee Sawyer, used handcuffs and a firearm with AV1, and told victims that he was a police officer, is an especially aggravating aspect of this case. *See* Sealed Govt. Sent. Ex. 12 at p. 8 ("[H]e kept telling me like oh, I know their tactics, I know what they're trained to do. He's like, they think I'm dumb.").

Chilling too are the links between his conduct and the serial killer project he had done that was found during the search warrant of his home.  As Lara explained in his school project, the Railroad Killer Angel Resendez Ramirez "always killed with a blunt force trauma; he used weapons of opportunity that were found at the scene."  *See* Govt. Sent. Exs. 9 and 10.  Lara did more than just study though – he murdered a victim in the same manner favored by the serial killer he studied, using a rock to kill Kaylee Sawyer.  And from there, his crime spree morphed into carjackings, kidnappings and attempted murder.

As Lara later explained, he never fully realized his killing potential:  "So there is no pattern, I just think this was kinda like opportunity, you know like easy in a way."  Sealed Govt. Sent. Ex. 2 at p. 55.  And when asked by detectives, "Do you know why people become serial killers or serial offenders," Lara responded, "I don't know but I think they started something like this."  *Id.* at p. 83.

## VI.    CONCLUSION

Lara's federal crimes merit a federal life sentence.  That he committed these crimes in the context of having committed a brutal murder in Oregon and a nearly fatal assault in California, continuously traumatizing AV1 along the way, underscore his dangerousness and corroborate the need for a sentence that will foreclose any further violent criminal activity.  AV1, the other

\ \ \

\ \ \

\ \ \

UNITED STATES' SENTENCING MEMORANDUM                                  PAGE 23

victims, their families and our communities deserve no less.  For all of these reasons, the United

States respectfully requests that the Court sentence Lara to life in prison and order that sentence

to run concurrent to his state sentence.

      DATE:  April 17, 2019.

                    Respectfully submitted,

                    BILLY J. WILLIAMS
                    United States Attorney

                    *s/ Nathan J. Lichvarcik*
                    NATHAN J. LICHVARCIK
                    Assistant United States Attorney