

# John Hummel District Attorney

1164 NW Bond Street • Bend, Oregon 97701
(541) 388-6520 • Fax: (541) 330-4691
Grand Jury Fax: (541) 330-4698
www.dcda.us

Settlement Offer

From: Deschutes County District Attorney's Office
Date: 1/8/18
Re: EDWIN ENOC LARA

The State makes the following offer of two options of negotiated settlement:

**Option 1:**

Plead guilty to Count 2 Aggravated Murder:

COUNT 2 - AGGRAVATED MURDER - ORS 163.095 (2)(d): That the said defendant, on or about the 24th day of July, 2016, in Deschutes County, Oregon, did unlawfully and intentionally attempt to commit the crime of Sexual Abuse in the First Degree and in the course of and in furtherance of the crime that defendant was attempting to commit, defendant personally and intentionally caused the death of Kaylee Anne Sawyer, a human being who was not a participant in the crime.

Parties would stipulate to a sentencing hearing before the court with the defendant being eligible for life with the possibility of parole or life without the possibility of parole pursuant to ORS 163.150. The death penalty would be removed as a sentencing option for the court.

If the defendant's sentence is less than life without the possibility of parole, both Siskiyou County and the US Attorney's Office would be free to seek additional time or offer concurrent time.

> The AUSA submitted a request to seek a sentence in excess of 30 years; that request has been approved.

> The Siskiyou County District Attorney has not extended a plea offer, but based upon the charges and the number of victims, he believes the sentence would exceed 30 years.

If the defendant's sentence is LWOP, the defendant would receive sentences with concurrent time from Siskiyou County and the US Attorney's Office, if the defendant pleaded guilty to the charges they selected.

**Option 2:**

The defendant would waive Grand Jury and enter a guilty plea to Aggravated Murder under a Robbery theory:

COUNT 1 - AGGRAVATED MURDER - ORS 163.095 (2)(d): That the said defendant, on or about the 24th day of July, 2016, in Deschutes County, Oregon, did unlawfully and intentionally attempt to commit the crime of Robbery in the First Degree and in the course of and in furtherance of the crime that defendant was attempting to commit, defendant personally and intentionally caused the death of Kaylee Anne Sawyer, a human being who was not a participant in the crime.

(SIIG/16-04569)

The US Attorney's Office and the Siskiyou County District Attorney have agreed to a concurrent time resolution if there is a negotiated settlement of the case if the defendant receives a sentence of life without the possibility of release or parole. The defendant would plead guilty to the charges they select and the time would be concurrent to the Deschutes County sentence. The defendant would serve his time at the Oregon Department of Corrections.

The state has agreed to participate in negotiations through 1/8/18. After this date, the state will not extend or accept any offers of negotiated settlement that do not include a guilty plea to count 2 of the Indictment. The family of Kaylee Sawyer is supportive of the state's position.

There are seven separate victims who have been contacted and advised of the settlement conference today.

This settlement offer is based upon information that the district attorney has reviewed prior to extending this settlement offer and may be revoked at any time prior to acceptance. To accept this settlement offer, the defendant must enter a guilty plea according to its terms no later than the next scheduled entry of plea appearance.

This offer of negotiated settlement includes, without specifically referring to, all statutory fines, fees and suspensions as required by law and all mandatory sentencing requirements.

This settlement offer is revoked and no further settlement negotiations will be had with the defendant if he agrees to the terms outlined herein, but fails to follow through with a guilty plea at the plea hearing scheduled as a result of this agreement.

Sincerely,

_____
STEPHEN HENRY GUNNELS OSB# 940838
Chief Deputy District Attorney

_____
MARY F. ANDERSON OSB# 952016
Chief Deputy District Attorney

A the conclusion of a settlement conference, the defendant has knowingly, intelligently and voluntarily accepted the plea offer after consulting with his attorneys, specifically the defendant is accepting Option "B" (insert number) _____ (defendant to sign here and below). Dated this 8th day of January 2018. A date will be set for the defendant to enter his plea on the record, but this document will serve as evidence of the plea contract.

_____
Edwin Lara, defendant
Date: 1-8-18

_____
Ben Kim, OSB # 066426
Attorney for the defendant
Date: 1-8-18

_____
Steven Lindsey, OSB # 000745
Attorney for the defendant
Date: 1/8/18

_____
Thaddeus Betz, OSB# 062745
Attorney for the defendant
Date: 1/8/18

_____
Witnessed by Judge Bronson James
Oregon Court of Appeals
Settlement Conference Judge
Date: 1/8/18